# UNITED STATES DISTRICT COURT

for the

District of Columbia

| United States of America | ) | Case: 1:23-mj-00076 |
|---|---|---|
| v. | ) | Assigned to: Judge Meriweather, Robin M. |
| Rockne Gerard Earles | ) | Assign Date: 4/7/2023 |
| | ) | Description: COMPLAINT W/ ARREST WARRANT |
| | ) | |
| | ) | |

_____

*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ Rockne Gerard Earles _____
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) (Civil Disorder) ;
18 U.S.C. § 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers) ;
18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds) ;
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a  Restricted Building or Grounds) ;
18 U.S.C. § 1752(a)(4) (Engaging in Physical Violence in a Restricted Building), (Act of Physical Violence in the Capitol Grounds or Buildings)
40 U.S.C. § 5104(e)(2)(D),(F) & (G) (Disorderly Conduct in a Capitol Building) ;
& (Parading, Demonstrating, or Picketing in a Capitol Building) .

2023.04.07 12:50:48

_Robin M. Meriweather_  -04'00'

*Issuing officer's signature*

Date:    04/07/2023

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

City and state:    Washington, D.C.

### Return

| | |
|---|---|
| This warrant was received on *(date)* 4/7/23 , and the person was arrested on *(date)* 4/11/23 | |
| at *(city and state)* Chama, NM | |
| | Craig Monroney  -FBI-SA |
| Date: 4/11/23 | *Arresting officer's signature* / *Printed name and title* |