IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Petitioner,

vs.                                                              No. 23 MJ 76

ROCKNE GERARD EARLES,

        Defendant.

## ENTRY OF APPEARANCE

COMES NOW Martin Juarez, Assistant Federal Public Defender, by and on behalf of the Federal Public Defender Organization and, this office having been appointed to represent the defendant hereby enters his appearance as counsel of record for the defendant in this case.

        Respectfully submitted,

        **FEDERAL PUBLIC DEFENDER**
        111 Lomas NW, Suite 501
        Albuquerque, NM 87102
        (505) 346-2489
        martin_juarez@fd.org

        /s/ filed electronically
        MARTIN, JUAREZ, AFPD
        Attorney for Defendant