IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **ROCKNE GERARD EARLES,** <br><br> **Defendant.** | **Case No. 23-mj-76** |

### JOINT MOTION TO CONTINUE STATUS HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States, through undersigned counsel, and the defendant Rockne Earles, by and through his counsel Martin Juarez, hereby files this motion to adjourn the status hearing set for August 29, 2023, in the above-captioned matter, for approximately 60 days, until October 26, 2023, October 31, 2023, or another date convenient to the Court. The parties request the additional time to allow the defense to further review recently produced voluminous discovery, continue to engage in plea negotiations, and calculate the likely sentencing guidelines. A preliminary hearing was previously held in the District of New Mexico.

The parties request that the Court exclude time from August 29, 2023, until the next status date, pursuant to 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy indictment and trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A).

Counsel for defendant Rockne Earles has reviewed and joins this motion.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar Number 481052

By:   */s/ Nathaniel K. Whitesel*
        NATHANIEL K. WHITESEL
        Assistant United States Attorney
        DC Bar No. 1601102
        601 D Street NW
        Washington, DC 20530
        nathaniel.whitesel@usdoj.gov
        (202) 252-7759